**Order entered February 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01054-CV**

**RETAIL SERVICES WIS CORPORATION D/B/A**
**PRODUCT CONNECTIONS, ET AL., Appellants**

**V.**

**CROSSMARK, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

**ORDER**

Before the Court is appellee's February 10, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and **ORDER** the brief tendered to this Court by appellee on February 9, 2021 filed as of the date of this order.

/s/     KEN MOLBERG
JUSTICE